**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re: David Erik Brayman | Case No. 12-34649-DOT |
| Debtor | Chapter 13 |

**CONSENT ORDER DENYING BOLEMAN LAW FIRM, P.C.'S MOTION TO SUBSTITUTE COUNSEL AND GRANTING**
**<u>JULIA B. ADAIR'S MOTION TO SUBSTITUTE COUNSEL</u>**

An Omnibus Motion to Substitute Counsel ("the Boleman Motion") having been filed by Mark C. Leffler ("Leffler") of the Boleman Law Firm ("Boleman") and docketed in this case, and

A Motion to Substitute Counsel ("the Adair Motion") having been filed by Julia B. Adair ("Adair") of Hathaway Adair, P.C., and upon the request of the Debtor herein for legal representation to be transferred to Adair, and

Both Boleman and Adair desiring to resolve the matter of the Debtor's legal representation by consent,

It is hereby ORDERED that Julia B. Adair of Hathaway Adair, P.C. is substituted as counsel of record in the instant case, and Boleman is ORDERED to transfer the Debtor's file, including electronic data recorded in the Best Case software program, to the substitute counsel forthwith and in no event later than 5:30 p.m. on May 24, 2013.

Date: _____                        _____
                                                                        United States Bankruptcy Judge

[SIGNATURES OF COUNSEL APPEAR ON THE FOLLOWING PAGE]

I ask for this:

/s/ Julia B. Adair VSB #45130
Julia B. Adair VSB #45130
Hathaway Adair, P.C.
3412 Cutshaw Avenue
Richmond, VA 23230
Phone: (804) 257-9944
Counsel for Debto

Seen and agreed:

/s/ Mark C. Leffler
Mark C. Leffler (VSB#40712)
Boleman Law Firm, P.C.
P. O. Box 11588
Richmond, Virginia 23230-1588
Telephone (804) 358-9900

Seen and agreed:

/s/ Mark C. Leffler on behalf of  Leslie A. T. Haley w/permission
Leslie A.T. Haley
Haley Law, PLC
P.O. Box 943
Midlothian, VA 23113
Phone: 804-420-1056
Counsel for Boleman Law Firm, PC

## **CERTIFICATION**

Pursuant to Local Rule 9022-1(C), I hereby certify that all necessary parties have endorsed the above order.

/s/ Julia B. Adair
Counsel for Debtor

**Parties to Receive Copies**

Leslie A.T. Haley
Haley Law, PLC
P.O. Box 943
Midlothian, VA 23113

Julia B. Adair, Esquire
Hathaway Adair, P.C.
3412 Cutshaw Avenue
Richmond VA 23230

Mark C. Leffler, Esquire
Boleman Law Firm
2104 W. Laburnum Ave, Ste 201
P. O. Box 11588
Richmond VA 23230-1588

Carl M. Bates, Esquire
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA 23218

David Erik Brayman
8418 Goldthread Court
Henrico, VA 23228